**In re Jerry McKEE.**

**Stephen REEVES, Superintendent, Fulton Hospital, Respondent,**

v.

**Jerry McKEE, Appellant.**

**No. WD 48560.**

Missouri Court of Appeals, Western District.

Sept. 20, 1994.

James C. Dowling, Fulton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth A. Malench, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appellant appeals from a jury's verdict finding him incapacitated.

Judgment affirmed. Rule 84.16(b).

---

**STATE of Missouri, Respondent,**

v.

**Arthur E. WILLIAMS, Appellant.**

**Arthur E. WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47338, WD 48858.**

Missouri Court of Appeals, Western District.

Sept. 20, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Consolidated appeal from convictions of robbery in the first degree, kidnapping, and two counts of armed criminal action, and from denial of Rule 29.15 post-conviction motion without an evidentiary hearing.

The convictions and the denial of post-conviction motion are affirmed. Rules 30.-25(b) and 84.16(b).